

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| THE STATE OF TEXAS, | § | No. 08-24-00089-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| V. | § | 327th District Court |
| | § | |
| BOBBIE LANKFORD, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 20220D01216) |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the portion of the trial court's order granting the motion to suppress the results of the forensic examination conducted on the Cricket Alcatel cell phone pursuant to the search warrant issued by Judge Moody on January 16, 2024. We affirm the order in all other respects and remand the cause to the trial court for further proceedings. This decision shall be certified below for observance.

IT IS SO ORDERED this 27th day of May 2025.


LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.
Palafox, J., concurring without written opinion